IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer Mrdalj, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   15 C 10964 |
| MiraMed Revenue Group, LLC, a Illinois limited liability company, | ) ) ) ) | |
| Defendant. | ) | <u>Jury Demanded</u> |

## CLASS ACTION COMPLAINT

Plaintiff, Jennifer Mrdalj, individually, and on behalf of all others similarly situated, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, <u>et seq.</u> ("FDCPA"), for a finding that Defendant's form debt collection letter violated the FDCPA, and to recover damages, and alleges:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because: a) the acts and transactions occurred here; b) Plaintiff resides here; and, c) Defendant resides and transacts business here.

## PARTIES

3. Plaintiff, Jennifer Mrdalj ("Mrdalj"), is a citizen of the State of Illinois, residing in the Northern District of Illinois, from whom Defendant attempted to collect a delinquent consumer debt.

4. Defendant, MiraMed Revenue Group, LLC ("MiraMed"), is an Illinois limited liability company that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or the telephone to collect, or attempt to collect, delinquent consumer debts. Defendant MiraMed operates a debt collection business and attempts to collect debts from consumers in many states, including consumers in the State of Illinois. In fact, Defendant MiraMed was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

5. Defendant MiraMed is authorized to conduct business in Illinois, and maintains a registered agent here, see, record from the Illinois Secretary of State, attached as Exhibit A. In fact, Defendant MiraMed conducts business in Illinois.

6. Moreover, Defendant MiraMed is licensed as a collection agency in Illinois, see, record from the Illinois Division of Professional Regulation, attached as Exhibit B. In fact, Defendant MiraMed acts as a debt collection agency in Illinois.

**FACTUAL ALLEGATIONS**

7. Due to financial difficulties, Ms. Mrdalj fell behind on paying her bills. Accordingly, on March 10, 2015, Defendant MiraMed sent Ms. Mrdalj an initial form collection letter, which demanded payment of one of her debts, and which stated:

\* \* \*

> This firm represents the creditor named above. Your account has been referred to this office for collection because the amount shown above is past due.

\* \* \*

However, nowhere in Defendant's letter did it state the name of the creditor to whom the debt at issue was owed. A copy of Defendant's letter is attached as Exhibit C.

8. Defendant's collection actions complained of herein occurred within one year of the date of this Complaint.

9. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

**Violation Of § 1692g(a)(2)**
**Failure To Identify Effectively The Current Creditor**

10. Section 1692g of the FDCPA requires that, within 5 days of Defendant's first communication to a consumer, they had to provide Ms. Mrdalj with an effective validation notice, containing, among other disclosures, "(2) the name of the creditor to whom the debt is owed;" see, 15 U.S.C. § 1692g(a)(2).

11. Defendant's form collection letter violates § 1692g(a)(2) of the FDCPA because it fails to identify at all who was the current creditor to whom the debt was owed. See e.g., Braatz v. Leading Edge Recovery Solutions, 2011 U.S. Dist. LEXIS 123118 (N.D. Ill. 2011) (Hibbler, J); Walls v. United Collection Bureau, 2012 U.S. Dist. LEXIS 68079 (N.D. Ill. 2012)(Grady, J.); Deschaine v. National Enterprises, 2013 U.S. Dist Lexis 31349 (N.D. Ill. 2013)(Reinhard, J.); and, Pardo v. Allied Interstate, 2015 U.S. Dist. LEXIS 125526 (S.D. Ind. 2015)(Barker, J.).

12. Defendant's violation of § 1692g of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

**CLASS ALLEGATIONS**

13. Plaintiff, Jennifer Mrdalj, brings this action individually and as a class action on behalf of all persons similarly situated in the State of Illinois from whom Defendant attempted to collect a delinquent consumer debt, via the same form

3

collection letter (Exhibit C), that Defendant sent to Plaintiff, as to the same creditor as Plaintiff, from one year before the date of this Complaint to the present. This action seeks a finding that Defendant's form letter violates the FDCPA, and asks that the Court award damages as authorized by § 1692k(a)(2) of the FDCPA.

14. Defendant MiraMed regularly engages in debt collection, using the same form collection letter they sent Plaintiff Mrdalj, in their attempts to collect delinquent consumer debts from other consumers.

15. The Class consists of more than 35 persons from whom Defendant MiraMed attempted to collect delinquent consumer debts by sending other consumers the same form collection letter they sent Plaintiff Mrdalj.

16. Plaintiff Mrdalj's claims are typical of the claims of the Class. Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues. Common relief is therefore sought on behalf of all members of the Class. This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

17. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to the individual members of the Class, and a risk that any adjudications with respect to individual members of the Class would, as a practical matter, either be dispositive of the interests of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests. Defendant has acted in a manner applicable to the Class as a whole such that declaratory relief is warranted.

18. Plaintiff Mrdalj will fairly and adequately protect and represent the interests

of the Class. The management of the class action proposed is not extraordinarily difficult, and the factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class, because Defendant's conduct was perpetrated on all members of the Class and will be established by common proof. Moreover, Plaintiff Mrdalj has retained counsel experienced in class action litigation, including class actions brought under the FDCPA.

## PRAYER FOR RELIEF

Plaintiff, Jennifer Mrdalj, individually and on behalf of all others similarly situated, prays that this Court:

1. Certify this action as a class action;

2. Appoint Plaintiff Mrdalj as Class Representative of the Class, and her attorneys as Class Counsel;

3. Find that Defendant's form collection letter violates the FDCPA;

4. Enter judgment in favor of Plaintiff Mrdalj and the Class, and against Defendant MiraMed, for actual and statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

5. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Jennifer Mrdalj, individually and on behalf of all others similarly situated, demands trial by jury.

                                                      Jennifer Mrdalj, individually and on
                                                      behalf of all others similarly situated,

                                                      By: /s/ David J. Philipps
Dated: December 7, 2015                          One of Plaintiff's Attorneys

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com